**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 1 1 2008 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRZYSZTOF LUKASZUK and KELLY MALONE
AS ADMINISTRATOR OF STEPHEN SHOUPPE
ESTATE,

               Plaintiffs,

   -against-

MOTILLA L. SUDEEN, also known as MOTI
SUDEEN, JERRY FREEMAN, et al.,

               Defendants.

------------------------------------------------------------------X

JUDGMENT
02-CV- 5143 (JG)

An Order of Honorable John Gleeson, United States District Judge,

having been filed on January 7, 2008, adopting the Report and Recommendation of

Magistrate Judge Marilyn D. Go, dated November 27, 2007; directing the Clerk of Court to

to enter judgment as follows: awarding judgment of $500,000.00 for plaintiff Lukaszuk and

$3,000,000.00 for plaintiff Malone against defendants Sudeen and Sudeen Enterprises, Inc.;

awarding judgment for Lukaszuk against Freeman in the amount of $450,000.00 in

compensatory damages, $1,350,000.00 in trebled and punitive damages, with pre-judgment

interest at the rate of 9% in the amount of $371,379.52 through December 21, 2007, and at a

daily rate of $110.96 until the entry of judgment, and $6,100.00 in attorneys' fees; and

ordering that no judgment shall be assessed against Golden Pond; it is

JUDGMENT
02-CV- 5143 (JG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; that judgment is hereby entered in favor of plaintiff, Krzysztof Lukaszuk for $500,000.00 and in favor of plaintiff, Kelly Malone for $3,000,000.00 against defendants Sudeen and Sudeen Enterprises, Inc.; and further, that judgment is hereby entered in favor of plaintiff, Krzysztof Lukaszuk, and against defendants, Jerry Freeman and Sudeen's Enterprises, Inc., jointly and severally, in the amount of $450,000.00 in compensatory damages, $1,350,000.00 in trebled and punitive damages, and pre-judgment interest at the rate of 9% in the amount of $371,379.52 through December 21, 2007 and at a daily rate of $110.96 until the entry of judgment, and $6,100.00 in attorney's fees; and that no judgment is assessed against defendant Golden Pond.

Dated: Brooklyn, New York
      January 10, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court